till the day of bringing it on. The party should have served copies, and moved the next day.

### Joseph Day v. William Wilber.

THE plaintiff had, in the last term, obtained a reversal of the judgment below, for a defect in the return of the oath administered to the constable. So soon as the court had delivered their opinion, the plaintiff's counsel left town. The next day *Gold*, on affidavit that the error arose from a clerical mistake in copying, obtained a peremptory order to amend. After the plaintiff had, on the judgment pronounced, made up his record, he was served with a copy of the order to amend. The application now was to vacate that order.

*Simonds*, for the plaintiff.

*Harison*, contra.

*Per Curiam.* We ought to alter the order complained of, and give till the first day of next term, to show cause against the amendment; that in the mean time all proceedings stay, and that the defendant's attorney serve a copy of Mr. *Gold's* affidavit, on the attorney of the plaintiff.

### Anonymous.

JONES moved for a commission, to be directed to *New-Orleans*, though issue was not joined, nor the writ returned.

*Per Curiam.* There must be peculiar circumstances* to warrant the application. The intercourse between this and *New-Orleans* is constant. It is impossible to judge whether the testimony asked for will be material, before declaration, or knowing the point in contest.

Nov. Term, 1804.

* *Brain* v. *Rodelicks and Shivers*, 1 *Caines*, 73. S. P.

### *Jackson ex dem.* ——— v. ———.

THE notice of motion to set aside a writ of possession, was not for the first day of term, nor for a non-enumerated day.

*Riker*, contra. It is bad. Though the court allows notice of a non-enumerated motion to be for another day than the first, still it ought to be for a non-enumerated day.

*Per Curiam.* If the excuse is sufficient, the notice is good, though for any day, notwithstanding the court will hear it only on a non-enumerated day.

### *J. & S. Watson* v. *John Delafield.*

ON a motion for a commission, *Pendleton* objected, because notice of the application had not been given.

*Hoffman.* The decision, making it necessary, was pronounced only yesterday, and this is the last day of term.